JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. WYMAN, | No. ED CV 15-02512 JGB (SPx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and

2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this 5th day of September, 2017.

HON. JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE